# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RUDOLPH DEMPSEY, JR.,
ELIZABETH DEMPSEY GOODLOW,
AND MILLIE HAMILTON HARRIS

NO.   2020 CW 0703

VERSUS

AMOS HAMILTON, JR.

**AUGUST 11, 2020**

---

In Re:    Amos Hamilton, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 96334.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT GRANTED IN PART; WRIT DENIED IN PART; STAY DENIED.** We grant the writ application and reverse the trial court's July 6, 2020 judgment to the extent it seeks to limit the issues that relator Amos Hamilton can appeal, specifically including, but not limited to, the effect, if any, of the stipulations entered on November 26, 2019 and March 9, 2020. Relator may assign as error and brief all issues he deems are properly before the court on appeal. See La. Code Civ. P. art. 2164. Respondents can address these issues in their appellee brief and/or file any motions they deem appropriate in response. However, we deny the writ application to the extent relator seeks a reduction in the suspensive appeal bond. We conclude that the trial court did not abuse its discretion in setting the amount of the suspensive appeal bond at $46,387.92.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT